

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-24-00215-CR

SAMANTHA LEE MOORE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 402nd District Court
Wood County, Texas
Trial Court No. 24,702-2021

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

# MEMORANDUM OPINION

Appellant, Samantha Moore, has filed a motion to dismiss this appeal. The motion was signed by both Moore and her appellate counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion. *See id.*

Accordingly, we dismiss this appeal.


Charles van Cleef
Justice

Submitted:     March 28, 2025
Date Decided:   April 3, 2025

Do Not Publish